J. E. RICHARDSON v. ROGERS and MIDDLEBROOKS, INC., a corporation.

4 So. (2nd) 517
Division B
Opinion Filed November 12, 1941

452

*Raleigh T. Barber, Donald C. McMullen & Sons,* for Plaintiff in Error;

*Mabry, Reaves, Carlton & White,* and *McKay, Macfarlane, Jackson & Ferguson,* for Defendant in Error.

PER CURIAM.—Careful study of the record in this case convinces us that the trial court erred in instructing a verdict for the defendant at the conclusion of the introduction of testimony on behalf of the plaintiff, therefore, the judgment is reversed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, J. J., concur.